IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>$4,088.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | Case No. 3:22-cv-00243-SLG |

## DEFAULT JUDGMENT AND DECREE OF FORFEITURE

  Upon consideration of Plaintiff's Motion for Default Judgment and Decree of Forfeiture and the affidavit of counsel for Plaintiff at Docket 10, it having been shown that notice of this action and the arrest of the defendant property was provided pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and Local Admiralty Rule(c)-3, that default was entered on May 1, 2023, and that a default judgment is warranted, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is GRANTED and:

  1. The defendant property, $4,088.00 in United States currency, is hereby ordered forfeited to the United States of America and no right, title, or interest in the property shall exist in any other person;

  2. The defendant property shall be disposed of according to law by the United States Marshal; and

3. Judgment is entered in favor of the plaintiff, the United States of America, and against the defendant as described above.

DATED this 16th day of May, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cv-00243-SLG, *USA v. $4,088.00 in U.S. Currency*
Default Judgment and Decree of Forfeiture
Page 2 of 2

Case 3:22-cv-00243-SLG   Document 11   Filed 05/16/23   Page 2 of 2